# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMED KHALED and<br>ZIAD KHRAWISH, | ) <br>) <br>) | No. 11 C 3386 |
| Plaintiffs, | ) <br>) <br>) | JUDGE GUZMAN |
| vs. | ) <br>) | |
| CHICAGO POLICE OFFICERS<br>BATISTA (Star #14865), OHLICHER (Star<br>#16594), Byk (Star #2819), and the<br>CITY OF CHICAGO, | ) <br>) <br>) <br>) | Magistrate Judge Mason<br><br>Jury Demand |
| Defendants. | ) <br>) | |

## DEFENDANTS' AGREED RENEWED MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant Chicago Police Officers Batista, Ohlicher and Byk, and Defendant City of Chicago ("Defendants"), by their attorney, Anne K. Preston, Assistant Corporation Counsel, respectfully move this Honorable Court, pursuant to Fed.R.Civ.P. 26(C) and 45 C.F.R. 160 and 164, for entry of the attached Agreed Proposed HIPAA and Confidential Matter Protective Order.

In support thereof, Defendants state as follows:

1. On October 18, 2011, this Court denied Defendants' Motion for Entry of a Protective Order. (See Minute Order of 10/18/2011 Docket #29). In this minute order the Court denied Defendant's motion for protective order [26] "because (1) the IFOIA does not contain a per se exemption for personnel files; (2) the fact that the Court entered a protective order containing the contested provisions in *Bell v. Morgan*, 11 C 648, which has since been dismissed for want of prosecution, is not controlling; (3) a blanket redaction instruction for CR information

1

that implicates protected privacy interests is improper given the fact-specific nature of the determination."

2. Defendants have modified paragraph (A)(6) by changing the definition set forth in that paragraph in accordance with this Court's minute order. Defendants believe these revisions should cure all deficiencies set forth by the Court.

3. A copy of this proposed Protective Order has been attached as Exhibit A.

4. Plaintiffs' counsel has no objection to the entry of Defendants' proposed "Agreed Qualified HIPAA and Confidential Matter Protective Order," attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request that this Court enter the attached Confidential Matter Protective Order in this matter.

Respectfully submitted,

/s/ *Anne K. Preston*
Anne K. Preston
Assistant Corporation Counsel

30 N. La Salle Street, Suite 900
Chicago, Illinois 60602
(312) 742-4045
Attorney No. 6287125

# CERTIFICATE OF SERVICE

I, Anne K. Preston, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' AGREED RENEWED MOTION FOR ENTRY OF PROTECTIVE ORDER**, to be sent via e-filing to the persons named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on October 20, 2011, in accordance with the rules on electronic filing of documents.

                                               /s/ Anne K. Preston
                                               ANNE K. PRESTON
                                               Assistant Corporation Counsel