Mohammad Khaled, et al.
                         Plaintiff,

v.                                                           Case No.: 1:11–cv–03386
                                                                             Honorable Ronald A. Guzman

Batista, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 26, 2011:

      MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 10/27/11 is stricken. Agreed motion by Defendants Batista, W. Byk, Jr, City of Chicago, Jon Ohlicher for protective order [30] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.